**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Andrew Serrato

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SERRATO,<br><br>    Plaintiff,<br><br>v.<br><br>CREDITORS SPECIALTY SERVICE INC.,<br><br>    Defendants. | **Case No.:**  13-cv-1524 SVW (VBKx)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///

---

**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**                    PAGE 1 OF 2

  Plaintiff ANDREW SERRATO ("Plaintiff") hereby moves to dismiss this action without prejudice.

  Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Date: February 11, 2014           **KAZEROUNI LAW GROUP, APC**

               By: _____/s Matthew M. Loker_____
                   MATTHEW M. LOKER
                   ATTORNEY FOR PLAINTIFF